```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                    :
UNITED STATES OF AMERICA            :     INDICTMENT
                                    :
     - v. -                         :     21 Cr. 00419-UA
                                    :
BRIAN JOSEPH GARRIO,                :
                                    :
                    Defendant.      :
                                    :
- - - - - - - - - - - - - - - - - -X
```

## COUNT ONE
### (Stalking)

The Grand Jury charges:

1.  In or about April 2021, in the Southern District of New York and elsewhere, BRIAN JOSEPH GARRIO, the defendant, with the intent to kill, injure, harass, intimidate, and place under surveillance with intent to kill, injure, harass, and intimidate another person, used the mail, any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person, an immediate family member of that person, and a spouse or intimate partner of that person, to wit, GARRIO made threatening, harassing, and intimidating online posts to social media about a special agent of the Federal Bureau of Investigation who works in Orange County, New York ("Victim-1")

and his desire to harm members of law enforcement and their families.

(Title 18, United States Code, Sections 2261A(2)(B) and 2.)

_____
FOREPERSON

_____
AUDREY STRAUSS
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

v.

**BRIAN JOSEPH GARRIO,**

Defendant.

### INDICTMENT

21 Cr. 00419-UA

(18 U.S.C. §§ 2261A(2)(B) and 2.)

AUDREY STRAUSS
United States Attorney

Foreperson