# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

January 20, 2022

**VIA ECF**
The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *U.S. v. Brian Garrio*
21 Cr. 419 (VB)

Dear Judge Briccetti:

I was recently assigned to represent Brian Garrio in the above-referenced matter. A conference in this case is currently scheduled for January 27, 2022. The purpose of this letter is to respectfully request a 30-day adjournment of the conference. Counsel received discovery from the Government on January 19, 2022, and a 30-day adjournment will provide time to review the discovery. I have spoken with Mr. Garrio, who consents to an adjournment. The Government also consents to this request. I have communicated with the Court's Deputy, who has informed counsel that the Court is available on March 7, 2022, at 2:30 p.m. Accordingly, it is respectfully requested that the Court adjourn the conference to March 7, 2022. Additionally, pursuant to 18 U.S.C. § 3161(h)(7)(A), counsel and the Government consent to the exclusion of Speedy Trial time until that date in order to provide counsel time to review discovery. The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc:   All counsel (*via ECF*)

---

**APPLICATION GRANTED**
SO ORDERED:

*[signature]*
Vincent L. Briccetti, U.S.D.J.
Dated: 1/20/2022
White Plains, NY

The 1/27 conference is adjourned to 3/7/2022 at 2:30 p.m. Speedy Trial time excluded until 3/7/22 for reasons set forth herein