# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

March 3, 2022

**VIA ECF**
The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**APPLICATION GRANTED**: The 3/7/22 conference is adjourned to: 4-13-22 at 12:00 AM. Time is excluded under the Speedy Trial Act in the interest of justice for the reasons set forth in this letter.
SO ORDERED: _____
Vincent L. Briccetti, U.S.D.J.   3/4/2022

Re:   *U.S. v. Brian Garrio*
      21 Cr. 419 (VB)

Dear Judge Briccetti:

I was assigned to represent Brian Garrio in the above-referenced matter. A conference in this case is currently scheduled for March 7, 2022. The purpose of this letter is to respectfully request a 30-day adjournment of the conference. An additional 30 days will allow counsel to continue reviewing discovery and discuss a possible pre-trial disposition. This is the second request for an adjournment of this conference. The first request was granted. I have spoken with Mr. Garrio, who consents to an adjournment. The Government also consents to this request. Accordingly, it is respectfully requested that the Court adjourn the conference for 30 days, to the week of April 11, 2022, or a date that is convenient to the Court. Additionally, pursuant to 18 U.S.C. § 3161(h)(7)(A), counsel and the Government consent to the exclusion of Speedy Trial time until that date in order to provide counsel time to review discovery and discuss a possible pre-trial disposition with Mr. Garrio and the Government. The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc:   All counsel (*via ECF*)