Copies Mailed/Faxed 9-6-24
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BRIAN JOSEPH GARRIO,           :
        Petitioner,             :
                                :   **ORDER**
v.                              :
                                :   21 CR 419 (VB)
UNITED STATES OF AMERICA,      :   24 CV 5504 (VB)
        Respondent.             :
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-6-24

        On July 15, 2024, petitioner Brian Joseph Garrio filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. On July 22, 2024, Garrio filed a supplement to the motion. On July 24, 20204, the Court issued an Order to Answer, directing the government to file a response to the Section 2255 motion by September 24, 2024, and giving Garrio until October 24, 2024, to file a reply. A copy of the Order to Answer was mailed to Garrio at the address on the docket.

        Since then, Garrio has filed three additional submissions which are substantially identical to his previous submissions. Garrio did not seek nor was he given permission to file these submissions.

        Garrio is directed <u>not</u> to file any additional submissions until <u>after</u> the government files its response to the Section 2255 motion. After the government files its response, Garrio may file a reply by no later than October 24, 2024. At that point, absent further order, the motion will be considered fully submitted.

        Chambers will mail a copy of this order to Garrio at the following address:

Brian Joseph Garrio, Reg. No. 43662-509
FCI Schuylkill
Federal Correctional Institution
P.O. Box 759
Minersville, PA  17954

Dated: September 6, 2024
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge