Copies(Mail  Faxed)
Chambers of Vincent L. Briccetti

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BRIAN JOSEPH GARRIO,                    :
                                        :
                  Petitioner            :      **ORDER**
v.                                      :
                                        :      24 CV 5504 (VB)
UNITED STATES OF AMERICA,               :      21 CR 419 (VB)
                                        :
                  Respondent.           :
--------------------------------------------------------------x

On October 21, 2024, the Court received petitioner Garrio's reply in support of his Section 2255 motion. (Doc. # 63)[1]. In his reply, petitioner states, among other things, "contrary to the government's belief; I did seek to withdraw my plea but it was intervened by Margaret Shalley." (Id. at 9). Because this allegation was not previously raised in the original petition (Doc. # 52) or in petitioner's subsequent letters (Docs. # 55, 56, 57, 61, 62), by November 8, 2024, the government is directed to respond to this new allegation. If petitioner wishes to file a reply to the government's response, he must do so by December 2, 2024.

Dated: October 25, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

---

[1]   "Doc. # _" refers to filings on the criminal docket, 21 CR 419 (VB).